AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Bobby GARCIA | ) Case No. |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 01, 2019__ in the county of __Jim Hogg__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | Knowing and in reckless disregard of the fact that an alien had come to, entered, and remained in the United States in violation of law, did transport and move and attempted to transport and move and conspired to transport and move such alien within the United States by means of transportation and otherwise in furtherance of such violation of law. |

This criminal complaint is based on these facts:
Continued on Affidavit

☑ Continued on the attached sheet.

/S/Joshua Steele
*Complainant's signature*

Joshua Steele, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: August 05, 2019

*Judge's signature*

City and state: Laredo, Texas

Sam Sheldon, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
### In support of Criminal Complaint

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| Bobby GARCIA | Case Number: |

1. On August 01, 2019, at approximately 6:20 pm, Border Patrol Agents (BPAs) encountered a group of eight subjects near the Hellen Ranch area near Hebbronville, Texas in Jim Hogg County. The BPA's, were able to apprehend a total of eight subjects.

2. The BPA's conducted a field immigration inspection on all eight subjects, and it was determined that one subject was a United States Citizen (Bobby GARCIA) and seven were illegal aliens of different countries with no legal right to remain in the United States. After further investigation, it was determined that Bobby GARCIA was positively identified as the foot guide that was arrested with the group of illegal aliens.

3. GARCIA was read his Miranda Warning which he acknowledged receipt and understood his rights by signing Service Form I-214. GARCIA was willing to answer questions without having an attorney present and provided the following statement. GARCIA stated that two men threatened him with a gun and a knife to guide the group of illegal aliens. GARCIA stated that he has been arrested and did time for alien smuggling in the past.

4. QUINTANO-Mendoza, Efrain is being held as a Material Witness.

5. QUINTANO-Mendoza, Efrain admitted to being a citizen and national of Honduras with no legal right to remain in the United States, who directly made financial arrangements to be smuggled through Mexico and into the United States, and then to be transported to Houston, Texas. QUINTANO-Mendoza stated that the total amount he was going to pay would be $10,000.00 USD. QUINTANA-Mendoza stated that GARCIA is the guide who was arrested with the group. QUINTANA-Mendoza positively identified GARCIA from a six-person photo lineup as the person who guided and gave instructions to the group of illegal aliens.

6. RIVERA-Mejia, Rafael Antonio is being held as a Material Witness.

7. RIVERA-Mejia, Rafael Antonio admitted to being a citizen and national of El Salvador with no legal right to remain in the United States, who had a subject named Ronald make financial arrangements to be smuggled through Mexico and into the United States, and then to be transported to Dallas, Texas. RIVERA-Mejia stated that the total amount he was going to pay would be $14,000.00 USD. RIVERA-Mejia stated that GARCIA is the guide who was arrested with the group. RIVERA-Mejia positively identified GARCIA from a six-person photo lineup as the person who guided and gave instructions to the group of illegal aliens.

SUBSCRIBED and SWORN to before me on

_____5th_____ day of _____August, 2019_____

_____
Signature of Judicial Officer

/S/ Steele, Joshua    Border Patrol Agent
Signature of Complainant